In the Matter of WILLISTON BENEDICT, as Executor of RUSSELL BENEDICT and MAY S. BENEDICT, Deceased, Appellant, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate and Apportionment of the City of New York, as Trustees of the New York City Employees' Retirement System, Respondents.

Argued March 2, 1938; decided March 18, 1938.

*Isidor Neuwirth* and *Edmund J. Pickup* for appellant. *William C. Chanler, Corporation Counsel (Seymour B. Quel* and *Paxton Blair* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.